**FILED**
**SEPTEMBER 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ESTATE OF HASSIBA BELBACHIR,
  Deceased, by ABDELKADER RACHID BELBACHIR,
  Administrator,
-vs-
UNITED STATE OF AMERICA

Case Number: **08 C 50193**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

| NAME (Type or print) |
| --- |
| Janine L. Hoft |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Janine L. Hoft |

| FIRM |
| --- |
| People's Law Office |

| STREET ADDRESS |
| --- |
| 1180 North Milwaukee Avenue |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60622 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6188139 | 773/235-0070 Ext. 115 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐