# United States District Court for the Northern District of Illinois

Case Number: **08-50193**　　　　Assigned/IssuedBy: **P6**

## FEE INFORMATION

Amount Due:　[X] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____

*(For use by Fiscal Department Only)*

Amount Paid: **350.00**　　Receipt #: **0752000000003073503**

Date Paid: **9/3/08**　　Fiscal Clerk: **P6**

*FILED SEP 03 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

## ISSUANCES

Type Of Issuance:
- [X] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

1 Original and **0** copies on **9/3/08** (Date) as to **Defendant**

C:\wpwin80\docket\feeinfo.frm　01/01