UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF HASSIBA BELBACHIR, Deceased, by ABDELKADER RACHID BELBACHIR, Administrator,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY'S IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE OF DETENTION AND REMOVAL OPERATIONS (DRO),<br><br>　　　　　　Defendants. | No. 08 C 50193<br><br>Judge Philip G. Reinhard<br>(Magistrate Judge P. Michael Mahoney) |

## UNITED STATES' MOTION TO DISMISS

The United States, through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves under Rule 12(b)(6) to dismiss the complaint for failure to state a claim under the Federal Tort Claims Act ("FTCA"). Specifically, the United States brings this motion pursuant to the contractor exception, 28 U.S.C. § 2671, and the discretionary function exception, 28 U.S.C. § 2680(a), of the FTCA. Both exceptions bar this claim. Furthermore, the United States moves to dismiss this complaint as the United States has breached no applicable duty under the state law applicable to this case.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　　　s/ Monica V. Mallory
　　　　　　　　　　　　　　　　　　　　　MONICA V. MALLORY
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　308 W. State Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　Rockford, Illinois 61101
　　　　　　　　　　　　　　　　　　　　　(815) 987-4444 / Fax (815) 987-4236
　　　　　　　　　　　　　　　　　　　　　monica.mallory@usdoj.gov