UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF HASSIBA BELBACHIR, Deceased, by ABDELKADER RACHID BELBACHIR, Administrator,<br><br>            Plaintiff,<br><br>            v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY'S IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE OF DETENTION AND REMOVAL OPERATIONS (DRO),<br><br>            Defendants. | No. 08 C 50193<br><br>Judge Philip G. Reinhard<br>(Magistrate Judge P. Michael Mahoney) |

**MOTION TO STRIKE FROM CASE CAPTION DEPARTMENT OF HOMELAND SECURITY'S IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE OF DETENTION AND REMOVAL OPERATIONS (DRO)**

      The United States, through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves the court to enter an order striking from the caption in this case reference to the Department of Homeland Security's Immigration and Customs Enforcement [ICE] Office of Detention and Removal Operations [DRO].

      Plaintiff brings this complaint against the "United States, Department of Homeland Security's Immigration and Customs Enforcement [ICE] Office of Detention and Removal Operations [DRO]." The United States is the only proper defendant. 28 U.S.C. § 1346(b)(1). Agencies cannot be sued. 28 U.S.C. § 2679(a). Thus, plaintiff's suit is properly against the United States alone pursuant to 28 U.S.C. § 2679, and the United States is the only party that should be named in the caption. Therefore, the United States moves the Court to order stricken from the

caption reference to the Department of Homeland Security's Immigration and Customs Enforcement [ICE] Office of Detention and Removal Operations [DRO] as a named defendant.

    Respectfully Submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:     s/ Monica V. Mallory
    MONICA V. MALLORY
    Assistant United States Attorney
    308 W. State Street, Suite 300
    Rockford, Illinois 61101
    (815) 987-4444 / Fax (815) 987-4236
    monica.mallory@usdoj.gov