# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50193 | **DATE** | 6/18/2009 |
| **CASE TITLE** | BELBACHIR vs. USA | | |

**DOCKET ENTRY TEXT:**

Telephonic discovery/motion hearing held. Defendant's renewed motion to strike from case caption Department of Homeland Security's Immigration and Customs Enforce (ICE) Office of Detention and Removal Operations (DRO) is granted. Case management order approved as stated. FRCP 26(a)(1) disclosure due July 17, 2009. FRCP 26(a)(2) reserved. Parties given 30 depositions. Parties' depositions limited to 6 hours. Non-Parties limited to 3 ½ hours. Amendment of pleadings and fact discovery closed October 1, 2009. Dispositive motions due November 2, 2009. Discovery hearing set for September 2, 2009 at 1:30 pm.

Notified counsel by telephone.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|