UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF HASSIBA BELBACHIR, Deceased, by ABDELKADER RACHID BELBACHIR, Administrator,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 08 CV 50193<br><br>Judge Philip G. Reinhard<br>(Magistrate Judge P. Michael Mahoney) |

**UNITED STATES' MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S REQUESTS TO ADMIT**

The United States, through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for an extension of time to respond to plaintiff's requests to admit served upon the United States in this matter, and on seventeen (17) defendants in *Belbachir v. McHenry County, et al*. 06 CV 1392, and in support states as follows:

1.　On April 30, 2010, at 6:30 p.m., the plaintiff served by electronic mail upon the United States 150 request to admit in this matter. On the same date plaintiff served 3,441 requests to admit on seventeen (17) defendants in *Belbachir v. McHenry County, et al*. 06 CV 1392.

2.　On or about April 30, 2010, counsel for the United States was ordered to report for a period of active military duty beginning May 2, 2010 through May 14, 2010, and also required to perform military duties on May 15-16, 2010. Counsel returned to her office on May 17, 2010.

3.      On June 2, 2010, at 8:08 p.m., counsel for the United States completed her review of plaintiff's request to admit and transmitted to counsel by electronic mail in letter form the United States' objections, pursuant to Federal Rules of Civil Procedure 26 and 36 and Local Rule 37.2, to the requests to admit. The United States provided to plaintiff's counsel a detailed summary of its objections.

4.      Counsel for plaintiff served a total of 3,441 requests to admit on the defendants in Civil Action 06 CV 1392. Many of those requests appear to seek admissions intended to be used against the United States in this action. Therefore, the United States has also advised plaintiff on June 2, 2010, that based upon counsel's preliminary review of both the requests served upon the United States in this action, as well as the requests served upon the parties in *Belbachir v. McHenry County, et al.,* Civil Action No. 06 CV 1392; it appeared that plaintiff was attempting to improperly utilize admissions against a non-party to the action against a party in another pending action in violation of FRCP 36(a)(1) which permits a party to "serve on any other *party* a written request to admit, *for purposes of the pending action only*, the truth of any matters within the scope of Rule 26(b)(1).

5.      The United States also advised plaintiff's counsel that it objects to service of these requests to admit to the extent that they require admissions prior to the completion of the discovery depositions of critical witnesses who will provide testimony on such matters, and particularly where the requests either quote from or alternatively restate a document with which these witnesses had some involvement in creating.

6. In counsel's June 2, 2010 objection letter the United States requested counsel for plaintiff to withdraw and resubmit the requests in a form that complies with the Federal Rules of Civil Procedure and to advise counsel for the United States of plaintiff's intention within seven (7) days. Additionally, the United States asked that plaintiff also advise within seven (7) days if it is in fact plaintiff's intention to obtain and use admissions from the parties in *Belbachir v. McHenry County, et al*, 06 CV 1392 against the United States in this action, *Belbachir v. United States*, 08 CV 50193.

7. Responses to these requests for admission, if a response is required, are technically due on June 4, 2010. Because the court will expect that the parties attempt to resolve these issues before any motions are filed, the United States requests that its time for filing responses to the Plaintiff's Requests to Admit, as well as its time to seek any protective order, if necessary, be extended until July 9, 2010 to allow sufficient time to complete the required Local Rule 37.2 conferencing.

8. Further, in the event that counsel should advise the United States that it is plaintiff's intention to use admissions from the parties in *Belbachir v. McHenry County, et al*, 06 CV 1392 against the United States in this action, the United States requests that the court extend the time for the United States to complete a review of the 3,441 requests to admit served upon the defendants in *Belbachir v. McHenry County, et al*, 06 CV 1392, and identify the requests which plaintiff is attempting to improperly utilize as admissions against the United States in this matter. The United States suggests that it will require an additional 60 days to complete this process.

WHEREFORE, the United States respectfully request that this Court:

1) extend the time for filing responses to the Plaintiff's Requests to Admit in this matter, and/or to seek any necessary protective order until July 9, 2010; and

2) extend the time to complete a review of the 3,441 requests to admit served upon the defendants in *Belbachir v. McHenry County, et al*, 06 CV 1392 and seek any necessary protective order until September 3, 2010.

    Respectfully Submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:     s/ Monica V. Mallory
    MONICA V. MALLORY
    Assistant United States Attorney
    308 W. State Street, Suite 300
    Rockford, Illinois 61101
    (815) 987-4444
    monica.mallory@usdoj.gov