# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| ESTATE OF HASSIBA BELBACHIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 50193 |
| vs. ) | |
| ) | Judge Philip G. Reinhard |
| COUNTY OF McHENRY, et al., ) | |
| ) | Magistrate Judge P. Michael Mahoney |
| Defendants. ) | |

## NOTICE OF FILING

TO: AUSA Monica Mallory
United States Attorney's Office
Northern District of Illinois, Western Division
308 W. States St., Suite 300
Rockford, IL 61101

Arthur J. Reliford, Jr./Kay L. Schichtel  Clifford G. Kosoff /George J. Casson
Swanson, Martin & Bell, LLP  O'Halloran, Kosoff, Geitner & Cook
One IBM Plaza  650 Dundee Road, Suite 475
330 North Wabash, Suite 3300  Northbrook, IL 60062
Chicago, IL 60611

**YOU ARE HEREBY NOTIFIED THAT** on June 8, 2010, I caused to be filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Western Division, Rockford, Illinois, Plaintiff's *Verified* Motion to Compel the United States to Fully Answer Plaintiff's Discovery and to Produce Deponent Dan Young.

/s/ Janine L. Hoft
JANINE HOFT
One of Plaintiff's Attorneys
1180 N. Milwaukee
Chicago, IL 60622
773/235-0070

## CERTIFICATE OF SERVICE

JANINE HOFT, an attorney, hereby certifies that she caused to be served a copy of the foregoing notice and attached documents by causing same to be delivered to the attorneys at the above addresses by electronic mail directly or through the ECF filing system, on this 8th day of June, 2010, by 6:00 p.m.

/s/ Janine L. Hoft
ATTORNEY AT LAW